IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.* | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | No. |
| DONALD TRUMP, *et al*. | ) ) |  |
| Defendants. | ) ) |  |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Application for a Temporary Restraining Order compelling Defendants to comply with the requirements of § 10 of the Federal Advisory Committee Act ("FACA");

It appearing to the Court that Plaintiffs are likely to succeed on the merits, will suffer irreparable harm if the requested relief is not granted, Defendants will not be harmed if the requested relief is granted, and that the public interest favors entry of such an order, it is, therefore,

ORDERED that Plaintiffs' Application for a Temporary Restraining Order is hereby GRANTED;

ORDERED that Defendants must ensure that any telephonic meetings held by the Commission comply with the notice and public access requirements of FACA;

ORDERED that Defendants make available for public inspection and copying at a single, publically accessible location all minutes, agendas, reports, studies and documentary material made available to and/or prepared for or by Commission members;

ORDERED that Defendants provide physical access to the July 19 meeting by

moving it, with public notice, to a publically-accessible location;

ORDERED, if Defendants cannot comply with the requirements of FACA prior to the July 19 meeting, any meetings of the Commission are enjoined until such compliance is achieved;

ORDERED, in accordance with Fed. R. Civ. P. 65(c) and *Nat'l Resources Defense Council v. Morton*, 337 F. Supp. 167, 169 (D.D.C. 1971), *aff'd on other grounds* 458 F.2d 827 (D.C. Cir. 1972) (bonds for injunctive relief may be reduced when plaintiff initiates public interest litigation), that this injunction shall be effective upon Plaintiffs giving of security in the amount of $10 by depositing that amount with the Clerk of the Court; and

ORDERED, in accordance with Fed. R. Civ. P. 65(b), that this temporary restraining order shall expire fourteen days after its entry on the docket, unless extended for good cause shown.

SO ORDERED.

_____
United States District Court Judge

_____
Date

_____
Time