# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br>　　*Plaintiffs*,<br>　v.<br>DONALD TRUMP, *et al.*,<br>　　*Defendants*. | Civil Action No. 17-1351 (CKK) |

## ORDER
(July 18, 2017)

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' [3] Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: July 18, 2017

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge