UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-1351 (CKK) |

**ORDER**
(September 8, 2017)

The Court has received Defendants' [26] Unopposed Motion to Stay Defendants' Obligation to Answer or Otherwise Respond to the Complaint. The motion seeks a stay of Defendants' obligation to answer or otherwise respond to the complaint in this action by September 8, 2017. Because the motion was filed on September 6, 2017, it was untimely pursuant to Judge Kollar-Kotelly's standing order, which requires that "[m]otions for extensions of time must be filed at least four (4) business days prior to the first affected deadline." Nonetheless, for good cause shown, the Court shall GRANT the motion to the following extent: Defendants' obligation to answer or otherwise respond to the complaint is STAYED. The Court shall set a schedule for further proceedings after it has received and reviewed the materials to be provided by Defendants pursuant to the Court's Order, ECF No 28, in the related case, *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al.*, No. 17-cv-1354 (CKK).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge