# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD TRUMP, *et al.* ) <br> ) <br> Defendants. ) | No. 17-cv-1351 (CKK) |

## PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs hereby move the Court for leave to file an amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiffs have conferred with Defendants regarding the filing of an amended complaint, and the parties have agreed that:

(1) Defendants consent to the filing of an amended Complaint;

(2) Plaintiffs consent to continue the stay of Defendants' obligation to answer or otherwise respond to the amended complaint pursuant to the September 8, 2017 Order of this Court, subject to the Court's review of the materials provided by Defendants in the related case, *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-1354 (CKK).

A copy of the Amended Complaint accompanies this Motion as required by Local Civil Rule 15.1.

Respectfully submitted,

*/s/ Dale E. Ho*
Dale E. Ho (D.C. Bar No. NY0142)
Theresa J. Lee**
Sophia Lin Lakin**
American Civil Liberties Union Foundation, Inc.

        125 Broad Street, 18th Floor
        New York, NY 10004
        Tel.: 212.549.2686
        dho@aclu.org
        tlee@aclu.org
        slakin@aclu.org
        *\*\*pro hac vice*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel.: 202-457-0800
aspitzer@acludc.org

Dated:   December 12, 2017