IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:17-cv-1351 (CKK) |
| ) | |
| DONALD TRUMP, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through counsel, hereby voluntarily dismiss, without prejudice, all claims made in their complaint against Defendants. Dismissal without prejudice under Rule 41(a) is appropriate because Defendants have not filed an answer or motion for summary judgment.

This Court stayed the above-captioned case pending resolution of *Dunlap v. Presidential Advisory Commission on Election Integrity (PACEI)*, No. 17-cv-2361-CKK (D.D.C. 2017). In *Dunlap*, this Court determined that, under the governing precedent of *Cummock v. Gore*, 180 F.3d 282, 287 (D.C. Cir. 1999), Commissioner Dunlap was entitled to certain documents of the Commission. Commissioner Dunlap has made public all documents he obtained through that matter. The Commission challenged by the Plaintiffs no longer exists and following release of documents to which Commissioner Dunlap was entitled, affirmation of the applicability of *Cummock* by the D.C. Circuit, and additional briefing, this Court has now dismissed the *Dunlap* case. *Dunlap v. Presidential Advisory Comm'n on Election Integrity*, No. 17-cv-2361-CKK, 2020 WL 2800673 (D.D.C. May 29, 2020).

1

Against this background, Plaintiffs seek to voluntarily dismiss their pending action. Defendants do not oppose.

        Respectfully submitted,

        /s/ *Dale E. Ho*
        Dale E. Ho (D.C. Bar No. NY0142)
        Theresa J. Lee**
        Sophia Lin Lakin**
        American Civil Liberties Union Foundation, Inc.
        125 Broad Street, 18th Floor
        New York, NY 10004
        Tel.: 212.549.2686
        dho@aclu.org
        tlee@aclu.org
        slakin@aclu.org
        ***pro hac vice*

        Arthur B. Spitzer (D.C. Bar No. 235960)
        American Civil Liberties Union Foundation
          of the District of Columbia
        915 15th Street, NW, 2nd Floor
        Washington, DC 20005
        Tel.: 202-457-0800
        aspitzer@acludc.org

Dated: July 20, 2020